UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
STATEN ISLAND CHIROPRACTIC ASSOCIATES　　　　JUDGMENT
PLLC, DAVID C. ABRAMS, D.C., and JOHN P. PIAZZA,　　09-CV- 2276 (CBA)
D.C., and STATEN ISLAND CHIROPRACTIC
ASSOCIATES as Assignee of JOHN "DOE" and MARY
"DOE," Nos. 1-63,

　　　　　　　　　　　　Plaintiffs,

AETNA, INC.; AETNA LIFE INSURANCE CO.,
AETNA HEALTH INSURANCE COMPANY OF NEW
YOKR, AETNA HEALTH INC., CORPORATE HEALTH
INSURANCE COMPANY, and AETNA HEALTH INC.,

　　　　　　　　　　　　Defendants.
-------------------------------------------------------------------X



FILED
MAR 1 3 2012
BROOKLYN OFFICE

　　　　A Memorandum and Order of Honorable Carol Bagley Amon, United District Judge, having been filed on March 12, 2012, granting the Defendants' motion to dismiss the complaint; ordering that the dismissal is with prejudice, with the exception of the Plaintiffs' claims for benefits under 29 U.S.C. § 1132(a)(1)(B) and their claim for "full and fair review," which are dismissed without prejudice; it is

　　　　ORDERED, ADJUDGED AND DECREED that the Defendants' motion to dismiss the complaint is granted; that the dismissal is with prejudice, with the exception of the Plaintiffs' claims for benefits under 29 U.S.C. § 1132(a)(1)(B) and their claim for "full and fair review." which are dismissed without prejudice.

Dated: Brooklyn, New York　　　　　　　　　　　　Douglas C. Palmer
　　　　March 13, 2012　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　by: s/MG
　　　　　　　　　　　　　　　　　　　　　　　Michele Gapinski
　　　　　　　　　　　　　　　　　　　　　　　Chief Deputy for
　　　　　　　　　　　　　　　　　　　　　　　Court Operations