UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
STATEN ISLAND CHIROPRACTIC ASSOCIATES
PLLC, DAVID C. ABRAMS, D.C., and JOHN P. PIAZZA,
D.C., and STATEN ISLAND CHIROPRACTIC
ASSOCIATES as Assignee of JOHN "DOE" and MARY
"DOE," Nos. 1-63,

JUDGMENT
09-CV- 2276 (CBA)

Plaintiffs,

AETNA, INC.; AETNA LIFE INSURANCE CO.,
AETNA HEALTH INSURANCE COMPANY OF NEW
YOKR, AETNA HEALTH INC., CORPORATE HEALTH
INSURANCE COMPANY, and AETNA HEALTH INC.,

Defendants.
----------------------------------------------------------------X



A Memorandum and Order of Honorable Carol Bagley Amon, United District Judge, having been filed on March 12, 2012, granting the Defendants' motion to dismiss the complaint; ordering that the dismissal is with prejudice, with the exception of the Plaintiffs' claims for benefits under 29 U.S.C. § 1132(a)(1)(B) and their claim for "full and fair review," which are dismissed without prejudice; it is

ORDERED, ADJUDGED AND DECREED that the Defendants' motion to dismiss the complaint is granted; that the dismissal is with prejudice, with the exception of the Plaintiffs' claims for benefits under 29 U.S.C. § 1132(a)(1)(B) and their claim for "full and fair review." which are dismissed without prejudice.

Dated: Brooklyn, New York
March 13, 2012

Douglas C. Palmer
Clerk of Court
by: s/MG
Michele Gapinski
Chief Deputy for
Court Operations